

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-14-00360-CV

Style:     George M. Bishop, et al. v. Chappell Hill Service Company, LLC

    and High Meadows Land & Cattle, LLC

Date motion filed[*]:     August 14, 2014

Type of motion:     Motion to Dismiss

Party filing motion:     Appellee

Document to be filed:     

Is appeal accelerated?     No

Ordered that motion is:

☐     Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☑     Other: _____

**Appellees' motion to dismiss the appeal, filed within appellees' response, is ordered taken with the case. The Clerk of this Court is ordered to docket the appellees' response and motion to dismiss, which has been filed only as a motion, also as appellees' brief.**

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: __July 30, 2015__

November 7, 2008 Revision